IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH GRIFFIN | No. 3:10-cv-00293-DRH-PMF |
| YASMIN BATES | No. 3:10-cv-00313-DRH-PMF |
| JULIE CLOUD, | No. 3:10-cv-00314-DRH-PMF |
| LINDA HUFFMAN | No. 3:10-cv-00315-DRH-PMF |
| CLARA MARTIN | No. 3:10-cv-00316-DRH-PMF |
| LARRY NORMAN | No. 3:10-cv-00317-DRH-PMF |
| NANCY JONES | No. 3:10-cv-00319-DRH-PMF |
| SHIRLEY SAYNE-MOORE | No. 3:10-cv-00320-DRH-PMF |
| JOHN SLACK | No. 3:10-cv-00321-DRH-PMF |
| CHARLES WININGHAM | No. 3:10-cv-00322-DRH-PMF |
| Plaintiffs, | |
| v. | |
| DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC. and DOLGENCORP OF TEXAS, INC., | Chief Judge David R. Herndon  Magistrate Judge Philip M. Frazier |
| Defendants. | |

**ORDER**

Before the Court is the Parties' Joint Motion for Order Modifying Dispositive Motion Page Limitations And Leave To File Common Brief and Exhibits.

The Court, having reviewed the Motion, finds that it should be GRANTED. It is therefore ORDERED that the Parties are granted leave to file dispositive motions, responses, accompanying evidentiary submissions, and reply briefs in the following manner:

1.  Defendant may file one "Common Brief in Support of Its Individual Motions for Summary Judgment" ("Common Brief"), not to exceed 30 pages (exclusive of cover pages,

tables of content, tables of authority, certificates of service, signature blocks, and exhibits), in either lead case *Linda Huffman v. Dolgencorp, Inc. et al.*, No. 3:10-cv-00315-DRH-PMF or in the case in which the first motion for summary judgment is filed.

2.      Defendant may file, in the same case, a "Common Submission of Evidence in Support of its Motions For Summary Judgment" ("Common Submission of Evidence"). The Common Submission of Evidence will contain evidence applicable to all of the individual Plaintiffs' claims.

3.      The above-captioned Plaintiffs may collectively file one "Common Response in Opposition to Defendant's Individual Motions for Summary Judgment" ("Common Response"), not to exceed 30 pages (exclusive of cover pages, tables of content, tables of authority, certificates of service, signature blocks, and exhibits), in the same case in which Defendant filed its Common Brief.

4.      The above-captioned Plaintiffs may collectively file a Common Submission of Evidence, in the same case, in opposition to Defendant's motions for summary judgment. The Common Submission of Evidence will contain evidence applicable to all of the individual Plaintiffs' claims.

5.      The Parties may file separate "Individual Briefs," limited to 18 pages (exclusive of cover pages, tables of content, tables of authority, certificates of service, signature blocks, and exhibits), in support of or in opposition to Defendant's motions for summary judgment, along with individual evidentiary submissions. The Individual Briefs and exhibits are to be filed under each respective individual Plaintiff's cause number.

6.      Defendant is granted leave to file a Common Reply to Plaintiffs' Common

Response, not to exceed 12 pages (exclusive of tables of content and tables of authority), and individual Replies to Plaintiffs' Individual Briefs opposing Defendant's motions for summary judgment, not to exceed 8 pages (exclusive of cover pages, tables of content, tables of authority, certificates of service, signature blocks, and exhibits), or in the alternative, a combined common and individual reply brief not to exceed 20 pages (exclusive of cover pages, tables of content, tables of authority, certificates of service, signature blocks, and exhibits).

7. The court further ORDERS that any Common Brief, Common Response, Common Submissions of Evidence, and Common Reply filed by any party in either lead case *Linda Huffman v. Dolgencorp, Inc. et al.*, No. 3:10-cv-00315-DRH-PMF or in the case in which the first motion for summary judgment is filed, shall be deemed to be filed and to be applicable to each Plaintiff in the above-captioned actions.

It is so ORDERED, this 2nd day of December, 2010.

David R. Herndon
2010.12.02
11:59:39 -06'00'

Chief Judge
United States District Court